IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT CALDWELL | § | |
| VS. | § | CIVIL ACTION NO. 9:23-cv-103 |
| DIRECTOR, TDCJ-CID | § | |

<u>MEMORANDUM OPINION AND ORDER REGARDING VENUE</u>

Petitioner Robert Caldwell, an inmate at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a prison disciplinary conviction.

<u>Discussion</u>

Petitioner filed this Petition for Writ of Habeas Corpus in the federal judicial district where he is incarcerated. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the federal judicial district in which he was convicted or the district in which he is incarcerated. As Petitioner is incarcerated in this district, this court has jurisdiction over the petition.

However, while Jefferson County, Texas, where Petitioner is incarcerated, is located within the Eastern District of Texas, it is in the Beaumont Division, rather than the Lufkin Division. As a result, this case should be transferred to the Beaumont Division of this court.

<u>**ORDER**</u>

For the reasons set forth above, it is **ORDERED** that this Petition for Writ of Habeas Corpus is **TRANSFERRED** to the Beaumont Division of this court.

**SIGNED this the 30th day of June, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE